RECEIVED IN CLERK'S OFFICE AUG - 9 2010 U.S. DISTRICT COURT MID. DIST. TENN.

RECEIVED IN CLERK'S OFFICE AUG 1 9 2010 U.S. DISTRICT COURT MID. DIST. TENN.

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Samuel Jefferson,<br>  Plaintiff,<br><br>v.<br><br>Ferrer, Poirot, and Wansbrough<br>Eli Lilly Corporation<br>and Garretson Law Firm, LLC.<br>  Respondents, | )<br>)<br>)<br>)<br>) **Complaint for Malpractice and Negligence**<br>)<br>) Case No. __3  10  0754__<br>)<br>)<br>)<br>) JUDGE CAMPBELL |

## COMPLAINT FOR MALPRACTICE AND NEGLIGENCE

COMES NOW THE plaintiff, Samuel Jefferson, Pro se and pursuant to **Rule 8(a) of the Federal Rules of Civil Procedure** and hereby moves this honorable court for the following:

### JURISDICTION

This Honorable Court has jurisdiction of the subject matter before it because the violations alleged occurred while Plaintiff was an in-house patient within the Tennessee Department of Health, and because this court recently dismissed a **42 U.S.C.A. §1983** Claim brought against the Respondents, though without prejudice.

### STATEMENT OF CLAIM

In 2007, Ferrer, Poirot, and Wansbrough, a law firm located in Dallas Texas, solicited and used my signature in a class action settlement with Ely Lilly. At the time, and in that day of signing, the retainer contract between Ferrer, Poirot, and Wansbrough and myself, I was legally and severely mentally ill and housed in the Western Mental Health Institute of Bolivar Tennessee. Ferrer, Poirot, and Wansbrough did not consult my psychiatrists, my conservator, or the judge who had ruled on my mental status before amending my signature and name to the

1

thirty million dollar lawsuit ($30,000,000) settlement contract with Eli Lilly Corporation. Ferrer, Poirot, and Wansbrough committed malpractice and negligence against me.

Eli Lilly Failed and refused to Scrutinize the Status of my signature and my mental status, as the record shows that their drug, Zyprexa, is used to treat the mental illness, Paranoid Schizophrenia. I feel that Eli Lilly carelessly ignored protocol and my rights to have my legal affairs conducted according to the **14th Amendment Due process of Federal Law**. Eli Lilly Fragrantly sought to settle and acted with negligence.

The Garretson Law Firm, LLC, Negotiated the settlement and acted as financial administrators. I claim that they failed to identify the legal necessary steps for each signature involving an anti-psychotic drug. Garretson Law Firm, LLC is named for their own negligence, and acting with carelessness and for their own financial advancement or advantage.

## REQUEST FOR JUDGMENT AND RELIEF

Plaintiff respectfully requests this honorable court to find the allegations as true and award the Plaintiff monetary awards for violations of his 14th Amendment Rights as set forth in the United States Constitution.

1. From Ferrer, Poirot, and Wansbrough, Plaintiff requests Eight Million ($8,000,000) in damages.

2. From Eli Lilly Corporation, Plaintiff requests One Million ($1,000,000) in damages.

3. From Garretson Law Firm, LLC, Plaintiff requests Five Hundred Thousand ($500,000) in damages.

2

## RESPONDENTS NAMED

**First Defendant:**  Ferrer, Poirot, and Wansbrough
2603 Oaklawn, Suite 300
Dallas, TX 75219-9109

**Second Defendant:** Eli Lilly Corporation
Indianapolis, IN

**Third Defendant:** Garretson Law Firm, LLC
7775 Cooper Rd.
Cincinnati, OH 45242

I, Samuel Jefferson, Plaintiff do hereby certify under penalty of perjury, that the above stated complaint is true to the best of my ability, knowledge, information, and belief.

Signed this Day, the __16th__ of __August__, 2010

_Samuel Jefferson_
Samuel Jefferson, #143980
WTSP Site 3, P.O. Box 1150
480 Green Chapel Rd.
Henning, TN 38041-1150

## CERTIFICATE OF SERVICE

I, Samuel Jefferson, Plaintiff do hereby certify that I have enclosed a copy of the foregoing, prepaid postage, and delivered to the prison mail to the clerk of the court.

_Samuel Jefferson_
Samuel Jefferson