UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:10-0754 |
| ) | JUDGE CAMPBELL/KNOWLES |
| ) | |
| FERRER, POIROT, AND ) | |
| WANSBROUGH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

I hereby recuse myself in the above-styled action.

_____
E. Clifton Knowles
United States Magistrate Judge