```
                UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION

SAMUEL JEFFERSON,               )
                                )
     Plaintiff,                 )
                                )
      v.                        )    NO.  3:10-0754
                                )    Judge Campbell/Bryant
FERRER, POIROT AND WANSBROUGH,  )
et al.,                         )
                                )
     Defendants.                )
```

## **O R D E R**

The Court has received a handwritten letter from the plaintiff which states: "I'm on suicide watch at Special Needs. Please stay the case."

While the undersigned Magistrate Judge is unwilling to grant an indefinite stay of all proceedings, the Court nevertheless **GRANTS** plaintiff's motion to the extent of an extension of time within which to file responses to the three motions to dismiss that are presently pending (Docket Entry Nos. 25, 28 and 30).

Plaintiff shall have an extension of time to and including **Wednesday, March 16, 2011**, within which to file his responses to these motions.

It is so **ORDERED**.

                                    s/ John S. Bryant
                                    JOHN S. BRYANT
                                    United States Magistrate Judge