**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| SAMUEL JEFFERSON | § | |
|     PLAINTIFF, | § | Case No. 3:10-cv-754 |
| | § | |
| v. | § | [consolidated with Case No. |
| | § | 3:11-cv-288] |
| FERRER, POIROT AND WANSBROUGH, | § | |
| et al., | § | Judge Sharp |
|     DEFENDANTS. | § | |

**DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR LEAVE TO FILE REPLY BRIEF, AND REPLY BRIEF IN SUPPORT OF ELI LILLY'S MOTION TO DISMISS**

Comes now Defendant Eli Lilly and Company ("Lilly") and files this Motion for Leave to File Reply Brief, and Reply Brief in Support of Eli Lilly's Motion to Dismiss, stating as follows:

### I.    MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.01(b), Lilly respectfully requests that the Court grant leave to file the within concise Reply Brief in response to Plaintiff Samuel Jefferson's "Reply in Opposition to Three Motions to Dismiss; to Annul Proceeding of Case No. 3:09-cv-00664 and to Procede *[sic]* to Discovery Pursuant to Rule 72(b) Denovo *[sic]*, with Exhibits and Memorandum of Law in Support" (the "Response").[1]

---

[1] Docket No. 101.