UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
Motion for leave to file reply brief is granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

SAMUEL JEFFERSON
   PLAINTIFF
V.
FERRER POIROT AND WANSBROUGH, et al.,
   DEFENDANTS

RECEIVED IN CLERK'S OFFICE
JUN 20 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Case No. 3:10-cv-754
Consolidated, 3:11-cv-288

JUDGE, Sharp & Bryant

Plaintiff Jefferson's Motion for leave to file brief in reply to Defendant Lilly's motion to file reply brief, with plaintiff's Memorandum of Law in support.

Comes now the Plaintiff Jefferson and files this brief in support of Motion to proceed to discovery and to anull proceeding of case # 3:09-cv-664 with permission from this Honorable Court.

1. Motion for leave to file brief in reply.
   Pursuant to Local Rule 7.01 (b), Jefferson respecfully requests that the court grant leave to file this brief with memorandum of Law in support (the "reply")

2. REPLY
   A. This consolidated case must go to discovery pursuant to Title 42, Chapter 126, Equal Opportunity for Individuals with Disabilities.

Defendant Lilly's brief does not contain any Laws to over ride congress findings and rulings in Title. 42 Chapter 126§ 12101. Finding and purpose, which is pertaining to physical and mental disabled persons. Disability laws are distinct from the common laws, althogh they also are reinforced by the Constitution. The plaintiff has shown in( PLAINTIFF"S REPLY IN OPPOSITION TO THREE MOTIONS TO DISMISS; TO ANULL PROCEEDING OF CASE NO. 3:09-cv-664 and TO PROCEED TO DISCOVERY WITH MEORANDUM OF LAW IN SUPPORT,) that the first rule in the doctrine of Res judicata has not been met, pertaining to incompetance on the Magistrate"s behalf. The plaintiff has shown a preponderance of evidence on the court's records of statments by a judge