UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0754 **Lead Case** |
| ) | Judge Campbell/Bryant |
| FERRER, POIROT AND WANSBROUGH, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

By order entered March 30, 2011 (Docket Entry No. 78), the Chief Judge ordered that a later-filed complaint filed by plaintiff against these same defendants (Case No. 3:11-0288) be consolidated with this case and that all future filings be made only in this case.

Prior to consolidation, three motions by plaintiff were pending in the later-filed, now consolidated case (Docket Entry Nos. 4, 6 and 8 in Case No. 3:11-0288). Inasmuch as plaintiff's complaint in the later-filed case has been served on the defendants, it appears to the undersigned Magistrate Judge that the three prior pending motions in the later-filed case have been rendered moot.

The Clerk is, therefore, directed to **TERMINATE** as moot motions 4, 6 and 8 pending in Case No. 3:11-0288 prior to consolidation.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge