UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-00754 |
| | ) | (Consolidated Case No. 3: 11-00288) |
| | ) | Judge Sharp |
| FERRER, POIROT & WANSBROUGH, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) The Magistrate Judge's Report and Recommendation (Docket No. 114) is hereby ACCEPTED and APPROVED;

(2) Plaintiff Samuel Jefferson's Objections (Docket No. 117) to the Report and Recommendation are hereby OVERRULED;

(3) The Motions to Dismiss filed by Defendants Ferrer, Poirot & Wansbrough (Docket No. 25); Garretson Law Firm LLC (Docket No. 28); Eli Lilly and Company (Docket No. 30); Ferrer, Poirot & Wansbrough and Matt Daniel (Docket No. 89); Tennessee Department of Mental Health and Disabilities, Western Health Institute and the Middle Tennessee Mental Health Institute (Docket No. 90); Garretson Law Firm LLC (Docket No. 93); and Eli Lilly and Company (Docket No. 95) are hereby GRANTED;

(4) Plaintiff Samuel Jefferson's Request for a Court Order/Subpoena of Psychiatric Report (Docket No. 22); Request for Production of Documents (Docket No. 24); Request for Entry of

Documents From 3:09-0664 (Docket No. 27); Motion for Court Order (Docket No. 32); and Motion to Enforce Pending Motions With the Appointment of Counsel (Docket No. 51) are hereby DENIED AS MOOT;

(4) This case and consolidated case No. 3:11-0228 are hereby DISMISSED WITH PREJUDICE; and

(5) The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE