```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

SAMUEL JEFFERSON,              )
                               )
     Plaintiff,                )
                               )
       v.                      )    NO.  3:10-0754
                               )    Judge Campbell/Bryant
FERRER, POIROT AND WANSBROUGH, )
et al.,                        )
                               )
     Defendants.               )

### O R D E R

Defendant Ferrer, Poirot & Wansbrough has filed a paper entitled "Motion To Dismiss, And Original Answer To Plaintiff's Original Complaint For Malpractice And Negligence" (Docket Entry No. 152).

From a review, it appears that this filing contains responses to certain allegations in the complaint as well as a statement of certain affirmative defenses apparently asserted by this defendant.

While this filing may loosely satisfy the requirements of Rule 8, Federal Rules of Civil Procedure, with respect to the filing of an answer, this filing is not accompanied by a memorandum of law that Local Rule 16.01(f) requires for any dispositive motion.

For the reasons stated in this order, to the extent that defendant's filing was meant to serve as a motion to dismiss under the Federal Rules of Civil Procedure, such motion is DENIED for lack of compliance with the above-referenced local rule and without prejudice to defendant's filing a properly supported motion to dismiss.

The Clerk is directed to TERMINATE Docket Entry No. 152 as a pending motion.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge