RECEIVED
IN CLERK'S OFFICE
FEB 07 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAMUEL JEFFERSON
Plaintiff,

Case 3:10-CV-754
Judge Sharp/Bryant

ORDER: motion granted.
John Bryant, USMJ

V.

Ferrer, Poirot & Wansbrough
Defendants et al

Remailing Discovery copies To Frost Brown Todd
& Motion For Pardon Showing Excusable Neglect

Comes now the plaintiff, Pro se, showing excusable neglect, by stating that he sent out Request for production to Garretson Timely and that while Plaintiff had the building address and name right on the mail, he mistakenly used Bass Berry Sims Suite number. Therefore since Bass Berry Sims are in the same building as Frost Brown Todd, and the mail was not returned to plaintiff, he sends this backup packet and motions the court to take notice that he is remailing copies to Frost Brown Todd. See Maillady Statement attached for proof that there is excusable Neglect.

Respectfully entered
Samuel Jeffer