# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILE DIVISION

RECEIVED
IN CLERK'S OFFICE
FEB 07 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

SAMUEL JEFFERSON
PLAINTIFF

case no. 3:10-CV-754 / 3:11-CV-388
Judge Campbell/Bryant

v.

Ferrer, Poirot, Wansbrough
Defendants et al

**ORDER:** This motion is denied as unnecessary. Rule 34 of the F.R.civ.P. does not require leave of court to serve requests for production of documents.

John Bryant, USMJ

Motion To File Production of Documents Request (Discovery) With Leave of This Honorable Court Pursuant to Rule 34 of FRCP

Comes the plaintiff, pro se and respectfully Requests leave To File Request for production of documents and to Serve Them upon defendants Ferrer, Poirot and Wansbrough, Eli Lilly Corp., and Garretson Law Firm LLC, Pursuant to Sixth Circuit Mandate; 34 FRCP.

Respectfully Entered
Samuel Jeff~
Nov 25th 2012 SJ
Jan 6th 2013