UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:10-0754 |
| | ) Judge Campbell/Bryant |
| FERRER, POIROT AND WANSBROUGH, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Plaintiff Jefferson has filed his "Motion for 'Relation Back of Amendment' By Rule 15(c)(1)(B) & 60(b) FRCP" (Docket Entry No. 154). This lengthy motion and its attachment is largely unintelligible, at least to the undersigned Magistrate Judge, and seems to seek leave to include in this action certain claims raised in other actions filed by plaintiff Jefferson in this Court, some of which remain pending. Moreover, plaintiff's attempt to invoke the doctrine of "Relation Back" is at best premature, since this doctrine is normally raised in response to an affirmative defense of the statute of limitations.

For the above reasons, the undersigned Magistrate Judge **DENIES** plaintiff's motion for relation back of amendment (Docket Entry No. 154) without prejudice to plaintiff's right to file a properly supported motion to amend his complaint or, in the alternative, a motion to consolidate this action with plaintiff's other cases presently pending in this Court.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge