UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0754 |
| ) | Judge Campbell/Bryant |
| FERRER, POIROT AND WANSBROUGH, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Plaintiff Jefferson, who is proceeding pro se, has filed his "Motion To Take Judicial Notice" (Docket Entry No. 155), to which he has attached two exhibits which he has labeled "Exhibit Truth #1" and "Exhibit Truth #2."

Rule 201 of the Federal Rules of Evidence provides for circumstances in which a court may take judicial notice of certain adjudicative facts. The matters referenced in plaintiff's motion do not satisfy the requirements of this rule. Therefore, plaintiff's motion to take judicial notice (Docket Entry No. 155) is DENIED without prejudice to plaintiff's right to present evidence in a manner complying with the rules in support of or in opposition to a motion or at trial.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge