UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0754 |
| ) | Judge Campbell/Bryant |
| FERRER, POIROT AND WANSBROUGH, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Plaintiff Jefferson, who is proceeding pro se, has filed his "Motion Requesting Promulgation of Sixth Circuit Court Order" (Docket Entry No. 160). This motion references the order of the United States Circuit Court of Appeals for the Sixth Circuit entered on July 5, 2012, in this action (Docket Entry No. 151). By this order, the Sixth Circuit affirmed the dismissal of certain claims against state defendants, vacated the dismissal of claims of malpractice, negligence, and fraud against the remaining defendants, and remanded the cases to the district court for further proceedings (Docket Entry No. 151 at 7). This order remains the law of the case, so plaintiff's motion to "promulgate" this order is unnecessary and is, therefore, DENIED.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge