UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0754 |
| ) | Judge Campbell/Bryant |
| FERRER, POIROT AND WANSBROUGH, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Plaintiff Jefferson, who is proceeding pro se, has filed his "Motion To File Production Of Documents Request" with the Court (Docket Entry No. 179).

Local Rule 5.02 of this Court provides that written discovery, including depositions, interrogatories, requests for documents, requests for admissions, and the answers and responses thereto "shall not be filed with the Clerk's Office, except in support of or in opposition to a motion or by order of the Court." This rule is intended to avoid unnecessary clutter in the Court's file unless and until such material is needed by the Court in order to rule on a pending motion or other matter.

In light of this Local Rule, plaintiff's motion to file his production of documents request is DENIED, without prejudice to plaintiff's right to file such materials, as necessary, in support of or in opposition to a pending motion or at trial.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge