UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   No. 3:10-cv-0754 |
| v. | ) |
| | )   Judge Sharp |
| FERRER, POIROT & | )   Magistrate Judge Bryant |
| WANSBROUGH, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Defendant Garretson Law Firm, LLC ("GLF")'s *Cross-Motion for Summary Judgment* (Docket Entry No. 239) be granted and the Complaint against GLF be dismissed with prejudice. (Docket Entry No. 305). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 305) is hereby ACCEPTED and APPROVED; and

(2) Defendant GLF's *Cross-Motion for Summary Judgment* (Docket Entry No. 239) is hereby GRANTED and the Complaint against it shall be dismissed with prejudice.

1

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE