# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:10-cv-0754 |
| v. ) | Judge Sharp |
| ) | |
| FERRER, POIROT ) | |
| & WANSBROUGH, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby enters the following rulings:

1. The Magistrate Judge's Report and Recommendations (Docket Nos. 349 & 353) are hereby ACCEPTED and APPROVED;

2. Plaintiff Samuel Jefferson's Objections (Docket No. 355) to the Report and Recommendation are hereby OVERRULED;

3. The Cross-Motion for Summary Judgment filed by Defendant Eli Lilly and Company (Docket No. 246) is hereby GRANTED;

4. The Motion for Summary Judgment filed by Defendants Ferrer, Poirot & Wansbrough and Matt Daniel (Docket No. 333) is hereby GRANTED;

5. Plaintiff's Amended Request for Summary Judgment or Jury Trial (Docket No. 356) is hereby DENIED AS MOOT;

1

6. This case and consolidated case No. 3:11-cv-0228 are hereby DISMISSED WITH PREJUDICE; and

7. The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE